[No. 7734-1-I. Division One. February 23, 1981.]

BARBARA GUERRERO, ET AL, *Appellants,* v. PAUL E. TUEFFERS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 822277, Arthur E. Piehler, J., entered June 12, 1979. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson and Corbett, JJ.

[No. 7420-2-I. Division One. February 23, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. MAURICE SAUVE, *Appellant.*

Appeal from. a judgment of the Superior Court for King County, No. 86071, Stanley C. Soderland, J., entered February 21, 1979. *Reversed in part* by unpublished opinion per Williams, J., concurred in by Ringold, A.C.J., and Andersen, J.